IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RONALD HAROLD OLIVET, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-045 |
| | ) | |
| BARROW COUNTY SHERIFF'S DEPT.; | ) | |
| BARROW COUNTY JAIL; and BARROW | ) | |
| COUNTY SHERIFF, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff filed this case in the Augusta Division even though all of the named defendants are located in Barrow County, Georgia, and the events in Plaintiff's complaint allegedly occurred in Barrow County. (See doc no. 1, pp. 4-6.) Because Barrow County is in the Northern District of Georgia, the proper venue is the Gainesville Division of the Northern District of Georgia. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Northern District of Georgia, Gainesville Division. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 24th day of April, 2017, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA